GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

```
                  ___ FILED      ___ LODGED
                  ___ RECEIVED   ___ COPY

                       MAR 2 8 2023

                  CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.    CR-23-00466-PHX-MTL (DMF) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:   18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1-3 |
| Alisa Lynn McCrite, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-3**</u>

On or about the dates below, in the District of Arizona, Defendant ALISA LYNN MCCRITE knowingly made a false statement and representation in connection with the acquisition of a firearm to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant ALISA LYNN MCCRITE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts

below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that she was purchasing the firearms for someone else:

| Count | Date | FFL |
|---|---|---|
| 1 | 1/8/2022 | Shooter's World Goodyear (Goodyear, AZ) |
| 2 | 3/19/2022 | Shooter's World Goodyear (Goodyear, AZ) |
| 3 | 5/27/2022 | Shooter's World Goodyear (Goodyear, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  March 28, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -